# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLE FRANKLIN,<br><br>    Plaintiff,<br><br>v.<br><br>COMMUNITY REGIONAL MEDICAL CENTER, et al.,<br><br>    Defendants. | **Prior Case No. 1:19-cv-00709-LJO-BAM**<br><br>**New Case No. 1:19-cv-00709-LJO-SKO**<br><br>**ORDER OF RECUSAL AND VACATING SCHEDULING CONFERENCE DATE** |

Pursuant to 28 U.S.C. Section 455, disqualification of the magistrate judge to whom this case is presently assigned is appropriate in this matter.

IT IS THEREFORE ORDERED that the undersigned recuses herself from all proceedings in this present action. The pending Scheduling Conference currently set before Judge Barbara A. McAuliffe, if any, is HEREBY VACATED.

IT IS FURTHER ORDERED that the Clerk of the Court shall assign this action to the docket of Magistrate Judge Sheila K. Oberto. The new case number is **1:19-cv-00709-LJO-SKO.** All future pleadings shall be so numbered. Failure to use the correct case number may delay receipt of documents by the appropriate judicial officer.

IT IS SO ORDERED.

Dated: **May 23, 2019**        /s/ *Barbara A. McAuliffe*
                                                   UNITED STATES MAGISTRATE JUDGE