# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABELLE FRANKLIN,<br><br>   Plaintiff,<br><br>   v.<br><br>COMMUNITY REGIONAL MEDICAL CENTER,<br><br>   Defendant. | OLD CASE NO: 1:19-cv-00709-LJO-SKO<br><br>NEW CASE NO: 1:19-cv-00709-SKO<br><br>ORDER ASSIGNING ACTION TO U.S. MAGISTRATE JUDGE FOR ALL PURPOSES PURSUANT TO THE CONSENT OF ALL PARTIES |

Pursuant to 28 U.S.C. §636(c)(1), all parties have consented to the conduct before a U.S. Magistrate Judge of all further proceedings in this action, including trial and entry of judgment. Accordingly, this Court ASSIGNS this action to U.S. Magistrate Judge Shelia K. Oberto for all further purposes and proceedings. Further papers shall bear the new case number **1:19-cv-00709-SKO.**

U.S. District Judge Lawrence J. O'Neill will take no further action in this case. Law and motion, pretrial conference and trial dates will need to be reset before Magistrate Judge Oberto as necessary.

IT IS SO ORDERED.

Dated:  **September 3, 2019**            **/s/ Lawrence J. O'Neill**
                                  UNITED STATES CHIEF DISTRICT JUDGE

1