## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                            **JUDGMENT IN A CIVIL CASE**

**ISABELLE FRANKLIN,**

                                            CASE NO: **1:19–CV–00709–SKO**

                v.

**COMMUNITY REGIONAL MEDICAL CENTER, ET AL.,**

---

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 12/9/2019**

                                            **Marianne Matherly**
                                            Clerk of Court

ENTERED: **December 9, 2019**

                                      by: /s/ S. Sant Agata
                                                 Deputy Clerk